UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMANTHA LEIGH SCHMIDT,

    Petitioner,

v.                                  Case No. 6:10-cv-135-Orl-35DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.
_____

## ORDER OF DISMISSAL

On April 28, 2010, the Court ordered Petitioner to pay the $5.00 filing fee within thirty days from the date of the Order (Doc. No. 9). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 14th day of June 2010.

Copies to:

sa 6/14
Samantha Leigh Schmidt

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE