**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**SAMANTHA LEIGH SCHMIDT,**

    **Petitioner,**

v.                                      Case No.  6:10-cv-135-Orl-35DAB

**SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,**

    **Respondents.**

_____/

## ORDER

This case is before the Court on the following motion:

**MOTION**:    Petitioner's Motion to Dismiss Without Prejudice and/or Stay Proceedings (Doc. No. 15, filed December 13, 2010)

Thereon it is **ORDERED** that the motion is **GRANTED**.  This case is **DISMISSED** without prejudice, and the Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this 15th day of December 2010.

Copies to:
sa 4/28
Samantha L. Schmidt
Counsel of Record

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE